UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>NELSON MORENO,<br><br>               Defendant. | 3 Cr. 724 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Nelson Moreno's motion for compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A) [dkt. no. 129]. The Government shall file any opposition to Mr. Moreno's motion no later than July 17, 2020. Mr. Moreno may reply to the Government's opposition no later than July 31, 2020.

    Chambers will mail a copy of this order to Mr. Moreno.

**SO ORDERED.**

Dated:    New York, New York
            June 26, 2020

                                        _/s/ Loretta A. Preska_____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge