UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

NELSON MORENO,

                Defendant.

03 Cr. 724 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Nelson Moreno's request for an extension of time to reply to the Government's opposition to his motion for compassionate release (dkt. no. 134).  That request is granted.  Mr. Moreno shall file his reply papers no later than August 31, 2020.

    The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Moreno.

**SO ORDERED.**

Dated:    New York, New York
           July 30, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1