UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>-against-<br><br>NELSON MORENO,<br><br>              Defendant. | 03 Cr. 724 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Nelson Moreno's letter seeking to supplement his motion for compassionate release (dkt. no. 137). The Court will accept Mr. Moreno's letter as a supplement to his motion. The Government may respond no later than December 2, 2020.

    The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Moreno.

    **SO ORDERED.**

Dated:    New York, New York
           November 16, 2020

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge